IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BEVERLY SHIPMAN,

    Plaintiff,

v.                                                     2:23-CV-145-Z

GALLANT LAW GROUP, P.C.,

    Defendant.

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") (ECF No. 10), filed October 26, 2023. Plaintiff "voluntarily dismisses her claims against the Defendant, GALLANT LAW GROUP, P.C., with prejudice." *Id.* at 1.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Those circumstances are satisfied here. Accordingly, the Clerk is **DIRECTED** to **CLOSE** the above-styled case, as it is now **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

February 9, 2024

                                                                MATTHEW J. KACSMARYK
                                                                UNITED STATES DISTRICT JUDGE