IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BEVERLY SHIPMAN,

        Plaintiff,

v.                                      2:23-CV-145-Z

GALLANT LAW GROUP, P.C.,

        Defendant.

## JUDGMENT

Pursuant to this Court's previous order (ECF No. 11), the above-styled case should be and

hereby is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

February __9__, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE